CHESTNUT HILL COLLEGE,
Petitioner

v.

PENNSYLVANIA HUMAN RELA-
TIONS COMMISSION and Allan–
Michael Meads, Respondents

No. 191 EAL 2017

Supreme Court of Pennsylvania.

October 24, 2017

## ORDER

PER CURIAM

**AND NOW,** this 24th day of October, 2017, the Petition for Allowance of Appeal is **DENIED.**

Justice Dougherty did not participate in the consideration or decision of this matter.